

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| In Re: Gary Felsher, FGH Realty Partners, TVO Indian Trail Partners, LP, and AT Willowpointe Partners, LP, | § | No. 08-17-00111-CV |
| | § | AN ORIGINAL PROCEEDING |
| Relators. | § | IN MANDAMUS |
| | § | |
| | § | |

## **O R D E R**

The Court has this day considered the Relators' emergency motion for temporary stay of the show cause order entered by the trial court on April 26, 2017, and concludes the motion should be GRANTED. It is, therefore, ORDERED that the show cause order entered by the 346th District Court on April 26, 2017 in cause number 2013DCV0181, styled *Larry K. Durham, Trustee of the Larry K. Durham Revocable Trust Dated 3/19/97 v. The Vandenburg Organization, Inc., RVF Investment Corporation, SMJ-V Interest, Inc., TVO North America, LLC*, is stayed pending disposition of this original proceeding or further order of this Court.

IT IS SO ORDERED this 1st day of May, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.